PROB 12B
(08/16)

April 14, 2026
pacts id: 2075952

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Brendon Abraham Perales-Trujillo (English)          **Dkt. No.:** 22CR10049-001-RBM

**Name of Sentencing Judicial Officer:** The Honorable Ruth Bermudez Montenegro, U.S. District Judge

**Sentence:** 4 months' custody; 2 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** November 21, 2025

**Date Supervised Release Commenced:** January 9, 2026

**Prior Violation History:** Yes.  See prior court correspondence.

---

### PETITIONING THE COURT

To modify the conditions of supervised release as follows:

**REMIT:**

Offender must submit to an alcohol monitoring device that measures alcohol content for a period of 90 days(s). Offender shall pay all or part of the costs for this service as directed by the court and/or the probation officer. Offender must not obstruct or tamper, in any way, with the device.

**ADD:**

Offender must submit to an alcohol monitoring device that measures alcohol content for a period of 120 days(s). Offender shall pay all or part of the costs for this service as directed by the court and/or the probation officer. Offender must not obstruct or tamper, in any way, with the device.

Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

PROB12B
Name of Offender: Brendon Abraham Perales-Trujillo                                    April 14, 2026
Docket No.: 22CR10049-001-RBM                                                                        Page 2

## CAUSE

In the petition for warrant dated September 9, 2025, the probation officer alleged Mr. Perales-Trujillo violated the conditions of his release by driving under the influence of alcohol and consuming alcohol. Your Honor found Mr. Perales-Trujillo in violation, revoked his supervised release, and sentenced him as noted above. As a condition of his supervision, Your Honor ordered that he be subject to alcohol monitoring for a period of 90 days.

Upon his release from custody, Mr. Perales-Trujillo began participating in the BI SL3 (Soberlink) Remote Alcohol Detection program. On March 13, 2026, the probation officer notified Your Honor that Mr. Perales-Trujillo consumed alcohol on or about February 19, 2026. Your Honor ordered no action be taken as to the noncompliance, as recommended by the probation officer.

The probation officer recently received and reviewed Soberlink daily events, through the BI Total Access program, which confirmed that Mr. Perales-Trujillo failed to submit to alcohol monitoring testing on March 25, 2026, at 10:32 a.m., and March 28, 2026, at 11:15 a.m., as required to do so. When confronted, Mr. Perales-Trujillo attributed his missed test on March 25 to being busy at work and not seeing his notification on time. He attributed his missed test on March 28 to being tired from work and sleeping through the notification alerts. Mr. Perales-Trujillo was reminded of the seriousness of missing tests and the impact this could have on his supervised release. To address the noncompliance, the probation officer informed Mr. Perales-Trujillo that a modification would be sought to extend his participation in the alcohol monitoring program for 30 days. Mr. Perales-Trujillo agreed to this modification and signed a waiver of hearing form, acknowledging his agreement. Therefore, the undersigned respectfully recommends the Court extend alcohol monitoring for 30 days by adding a 120-day order for alcohol monitoring and remitting the previously ordered 90 days of alcohol monitoring.

Upon reviewing the matter of Mr. Perales-Trujillo, the undersigned noted his Judgement and Commitment Order did not include a search condition or a condition requiring him to report all vehicles to the probation officer. The vehicle condition would require Mr. Perales-Trujillo to notify the undersigned of any vehicles he owns, drives or expects to own. The search condition will allow the probation officer to better monitor and supervise Mr. Perales-Trujillo in the community.

Mr. Perales-Trujillo subsequently agreed to the proposed modifications of his search condition, vehicle condition, and alcohol monitoring. He signed a Waiver of Hearing form, which is attached for the Court's review. Therefore, it is respectfully recommended the conditions of supervision be modified, as specified above.

Respectfully submitted:                                              Reviewed and approved:

by: _____          _____
Aryana Singh                                                         Lorena Gonzalez
U.S. Probation Officer                                           Supervisory U.S. Probation Officer
(760) 339-4204

Attachments: Prob Form 49

PROB12B
Name of Offender: Brendon Abraham Perales-Trujillo                     April 14, 2026
Docket No.: 22CR10049-001-RBM                                                    Page 3

## THE COURT ORDERS:

___X___   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____


_____                      ___4/15/2026_____
The Honorable Ruth Bermudez Montenegro                Date        fg/ad
U.S. District Judge